IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02432-WDM-MEH

ARON GEIGER,

      Plaintiff,

v.

JAMES L. COX, JR., an individual and
ROSSI, COX & VUCINOVICH, P.C.,
successor in interest to
ROSSI, COX, KIKER, & INDERWISH, P.C.,

      Defendants.

## ORDER DENYING MOTION TO COMPEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Plaintiff's Motion and Notice for Order Compelling Witness to Produce Documents (Docket #6). By this motion, the Plaintiff is seeking to compel non-party Citywide Banks to permit inspection and copying of materials pursuant to a subpoena duces tecum issued to Citywide Banks in the District of Colorado under Case No. 4:06CV3055 which is filed in the District of Nebraska. Presumably in response to the motion, the Defendants have filed a Motion to Stay or Alternatively to Deny Without Prejudice (Docket #18), indicating that the underlying action in Nebraska has been stayed by the Honorable David L. Piester, United States Magistrate Judge, for a period of 90 days beginning on January 30, 2007. Magistrate Judge Piester has stayed the action, to include discovery, and ordered the parties to participate in mediation. In particular, the Mediation Reference Order indicates, "[a]fter reviewing the matter, I think there is a reasonable chance the matter should be subject to mediation, in light of, particularly, the large expense

confronting the parties should they decide to pursue the matter to trial." By Minute Order issued on February 6, 2007 (Docket #21), the Plaintiff was allowed until and including February 9, 2007, in which to file a response to the Defendants' request for a stay or denial, without prejudice, of the motion to compel. No response has been filed, nor an extension of time to respond requested.

Accordingly, in light of the stay of this action in Nebraska and the efforts of Magistrate Judge Piester to optimize time and financial resources in the matter before him, it is hereby ORDERED as follows:

1. Plaintiff's Motion and Notice for Order Compelling Witness to Produce Documents [Filed January 22, 2007; Docket #6] is **denied**, without prejudice and subject to re-filing, if desired, following the lifting of the stay of the underlying action pending in Nebraska.

2. Defendants' Motion to Stay or Alternatively to Deny Without Prejudice [Filed January 30, 2007; Docket #18] is **granted** and a denial without prejudice entered as noted above.

Following mediation, but by no later than May 11, 2007 (a deadline in keeping with that set in Nebraska), the Plaintiff shall file a written status report with this Court which indicates whether or not he intends to pursue a motion to compel against non-party Citywide Banks in this District, or whether this matter may be terminated and the file closed.

Dated at Denver, Colorado, this 12th day of February, 2007.

BY THIS COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge