IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02432-WDM-MEH

ARON GEIGER,

    Plaintiff,

v.

JAMES L. COX, JR., an individual and
ROSSI, COX & VUCINOVICH, P.C.,
successor in interest to
ROSSI, COX, KIKER, & INDERWISH, P.C.,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Pursuant to D.C.COLO.CivR 72.1.B(7), and upon indication that the underlying action has settled in the District of Nebraska (Docket #24), it is hereby ORDERED that all matters in this Court are resolved and this case is terminated. The office of the Clerk is directed to close this file.

    Dated at Denver, Colorado, this 4th day of May, 2007.

                            BY THE COURT:

                            s/ Michael E. Hegarty
                            Michael E. Hegarty
                            United States Magistrate Judge